UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sasha Estep o/b/o C.W.,

    Plaintiff,

       v.                       Case No.  1:16cv925

Commissioner of Social Security.

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on June 9, 2025 (Doc. 27).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's R&R (Doc. 27) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 27) of the Magistrate Judge is hereby **ADOPTED.**  Consistent with the recommendation by the Magistrate Judge, the Motion for Attorney Fees filed by Plaintiff's counsel (Doc. 24) is **GRANTED**.

Plaintiff's counsel shall be paid a total of $20,167.28 for the 17.5 hours of work performed in this Court, subject to an offset of the EAJA fee previously paid to him for the same work. Therefore, Mr. Acciani shall be awarded an additional fee under 42 U.S.C. §406(b) of $17,192.28, reflecting the total award of $20,167.28 less the offset of $2,975.00.

The remaining funds that the Commissioner has withheld from Plaintiff's past-due benefits in anticipation of a § 406(b) award shall be released to Plaintiff; and the case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

                          *s/Michael R. Barrett*
                          Michael R. Barrett, Judge
                          United States District Court